# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUSTIN MATTHEWS on behalf of himself and all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>HUB GROUP TRUCKING, INC.<br><br>Defendant. | CLASS ACTION COMPLAINT<br>AND<br>JURY DEMAND<br><br><br>Civil No.: 1:24-cv-00003-GBW |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, Austin Matthews, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), hereby voluntarily dismisses this matter without prejudice.

DATED this 17th day of September, 2024.

        By: /s/ James E. Huggett
        MARGOLIS EDELSTEIN
        James E. Huggett (#3956)
        300 Delaware Avenue
        Suite 800
        Wilmington, DE 19801
        Phone 302-888-1112
        Fax 302-888-1119

        LANKENAU & MILLER, LLP
        Stuart J. Miller (SJM 4276)
        100 Church Street, 8th FL
        New York, NY 10078
        P: (212) 581-5005
        F: (212) 581-2122

        THE GARDNER FIRM, PC

Mary E. Olsen (OLSEM4818)
M. Vance McCrary (MCCRM4402)
182 St. Francis Street
Suite 103
Mobile, Alabama 36602
P: (251) 433-8100
F: (251) 433-8181

Cooperating Counsel for
THE NLG MAURICE AND JANE SUGAR
LAW CENTER FOR ECONOMIC AND
SOCIAL JUSTICE, a non-profit law firm

*ATTORNEYS FOR PLAINTIFF*

SO ORDERED, this 18th day of September, 2024

_____
UNITED STATES DISTRICT JUDGE

2

SO ORDERED, this ___ day of __________, 20___

______________________________
UNITED STATES DISTRICT JUDGE